1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 | IN RE: THE GUARDIANSHIP OF
OMANA THANKAMMA

9 |

CASE NO. 2:19-cv-01307-MJP

JAYAKRISHNAN K. NAIR,

10 | RAJAKUMARI SUSHEELKUMAR,

**REPORT AND
RECOMMENDATION**

11 |

Plaintiffs

12

13    Plaintiff Jayakrishnan K. Nair has filed an application to proceed in forma pauperis

("IFP") in this guardianship action, which he removed from King County Superior Court. Dkt. 1.

14

In Plaintiff's application, he indicates he has received $28,500.00 in income over the past twelve

15

months, has property valued at $2,500,00.00, has monthly expenses of $11,500.00 in "mortgage

16

and maintenance for rental properties," and has $1,000.00 cash on hand. *Id.* at 1-2. Because it

17

appears Plaintiff has sufficient funds to pay the requisite filing fee, the Court recommends that

18

Plaintiff's IFP application (Dkt. 1) be **DENIED** and that he be directed to pay the filing fee in

19

this matter. If Plaintiff does not pay the filing fee, the Court recommends this case be dismissed

20

without prejudice.

21

    A proposed order accompanies this Report and Recommendation. Objections to this

22

Report and Recommendation, if any, should be filed with the Clerk no later than **September 10,**

23

**2019**. Objections shall not exceed twelve pages. Failure to file objections within the specified

REPORT AND RECOMMENDATION - 1

1    time may affect your right to appeal. Objections should be noted for consideration on the District

2    Judge's motion calendar fourteen (14) days after they are filed. If no timely objections are filed,

3    the matter will be ready for consideration by the District Judge on the date that objections were

4    due.

5    The Clerk is directed to send copies of this order to the parties and to the Honorable

6    Marsha J. Pechman.

7    DATED this 20th day of August, 2019.

8

9    _____
     BRIAN A. TSUCHIDA
10   Chief United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2