1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: THE GUARDIANSHIP OF
OMANA THANKAMMA,

7          CASE NO. 2:19-cv-01307-MJP

JAYAKRISHNAN K. NAIR,
RAJAKUMARI SUSHEELKUMAR,

8          **ORDER DENYING APPLICATION
TO PROCEED IN FORMA
PAUPERIS**

9

Plaintiffs

10

11   Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

12   United States Magistrate Judge, any objections or responses to that, and the remaining record,

13   the Court finds and **ORDERS**:

14   (1)   The Court **ADOPTS** the Report and Recommendation.

15   (2)   Plaintiff Jayakrishnan K. Nair's IFP application (Dkt. 1) is **DENIED**.

16   (3)   Plaintiff shall pay the required filing fee to the Clerk of the Court **within thirty**

17   **(30) days of the date of this Order**.

18   DATED this _10th_ day of _September_, 2019.

19

20

CLARSHA J. PECHMAN
United States District Judge

21

22

23