UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | CASE NO. C19-1307 MJP |
|---|---|
| Petitioner, | ORDER RE: MOTIONS PRACTICE |
| v. | |
| JAYAKRISHNAN K NAIR, | |
| Respondent. | |

Although this matter is currently being held in abeyance pending the payment of the filing fee by Mr. Nair et al. (*see* Dkt. No. 6), there has already been considerable motions practice in the related matter filed by these Plaintiffs (Nair et al. v. Copeland et al., C19-1296 MJP) and the Court has every reason to expect that, should the filing fee be paid here, a similar litigation strategy will be employed.

Therefore, in an abundance of caution, the Court orders the parties – in the event the filing fee is paid – to abstain from any motions practice until further notice by the Court. There

is simply no point in needlessly expending the resources of the parties and the Court until the jurisdictional issues presented by these two cases are resolved.

The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

Dated September 17, 2019.

Marsha J. Pechman
United States Senior District Judge